*In re* CONFERENCIA JUDICIAL DE PUERTO RICO.

*Número:* _____          *Resuelto:* 22 de enero de 1993

## CONVOCATORIA

Se convoca a todos los jueces del Tribunal General de Justicia y demás miembros de la Conferencia Judicial para la *Décimosexta Sesión Plenaria* que ha de celebrarse los días 20 y 21 de mayo de 1993 en el Hotel Caribe Hilton.

Los Jueces Administradores, en consulta con sus compañeros jueces, adoptarán las medidas necesarias para que el mayor número pueda asistir sin afectar los calendarios judiciales de asuntos urgentes e impostergables, los cuales continuarán atendiéndose durante el período de la Conferencia. También coordinarán que la labor de investigación y determinación de causa probable sea atendida ininterrumpida y satisfactoriamente. El sistema de turnos correspondientes a este período será notificado con suficiente antelación a los Fiscales de Distritos, los Comandantes de Zona de la Policía y demás agencias pertinentes.

Cualquier señalamiento relativo a estas asignaciones será comunicado a la Directora Administrativa de los Tribunales, Lcda. Mercedes M. de Bauermeister, para que

ésta adopte las medidas correctivas que conduzcan a su solución.

*Publíquese.*

Lo acordó el Tribunal y certifica el señor Secretario General.

(*Fdo.*) Francisco R. Agrait Lladó
*Secretario General*